**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-7169**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENLEY EARL WALTERS,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Frank W. Bullock, Jr., District Judge. (CR-93-190, CA-02-223-1)

—————————

Submitted:  October 10, 2002         Decided:  October 25, 2002

—————————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Denley Earl Walters, Appellant Pro Se.  Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denley Earl Walters appeals the district court's orders denying his motion for reconsideration of the denial of his motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(5), and denying his later motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Walters</u>, Nos. CR-93-190; CA-02-223-1 (M.D.N.C. filed May 9, 2002 & entered May 10, 2002; filed July 3, 2002 & entered July 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2